# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK LYTCH, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PORTFOLIO RECOVERY ASSOCIATES, )<br>LLC, )<br>)<br>Defendant )<br>) | **Case No.: 3:14-cv-07387-FLW-LHG** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: February 25, 2015

BY: */s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for Plaintiff

**Certificate of Service**

      I hereby certify that on this 25th day of February, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

Keith S. McGurgan, Esq.
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, VA 23502

                                          */s/ Amy L. Bennecoff Ginsburg*
                                          Amy L. Bennecoff Ginsburg, Esquire
                                          Kimmel & Silverman, P.C
                                          30 East Butler Pike
                                          Ambler, PA 19002
                                          Phone: (215) 540-8888
                                          Facsimile: (215) 540-8817
                                          Email: aginsburg@creditlaw.com
                                          Attorney for Plaintiff